No. 365. DRAGNA *v.* CALIFORNIA. Appellate Department of the Superior Court of California, County of Los Angeles. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should

be granted. *John Walsh* for petitioner. *Ray L. Chesebro* and *Philip E. Grey* for respondent.